```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  DONNA MORET,                         No. 2:06-cv-1954-MCE-KJM
12           Plaintiff,
13       v.                              NON-RELATED CASE ORDER
14  MERCK & COMPANY, INC.;
    MCKESSON CORPORATION,
15
             Defendants.
16  _____/
17  RUTH BEATTY,                         No. 2:06-cv-1845-LKK-GGH
18           Plaintiff,
19       v.
20  MERCK & CO., INC. and
    MCKESSON CORPORATION,
21
             Defendants.
22  _____/
23  LINDA CHAMBERLAIN,                   No. 2:06-cv-1973-LKK-GGH
24           Plaintiff,
25       v.
26  MERCK & CO., INC. and
    MCKESSON CORPORATION,
27
             Defendants.
28  _____/
```

```
 1  KAP SOOK CHOI,                         No. 2:06-cv-1977-WBS-DAD
 2           Plaintiff,
 3       v.
 4  MERCK & CO., INC. and
    MCKESSON CORPORATION,
 5
             Defendants.
 6  _____/
 7  MARY GROVE,                            No. 2:06-cv-1941-WBS-KJM
 8           Plaintiff,
 9       v.
10  MERCK & CO., INC. and
    MCKESSON CORPORATION,
11
             Defendants.
12  _____/
13  WITOLD KOLANKOWSKI,                    No. 2:06-cv-1978-GEB-GGH
14           Plaintiff,
15       v.
16  MERCK & CO., INC. and
    MCKESSON CORPORATION,
17
             Defendants.
18  _____/
19  MAXIMO RIVERA,                         No. 2:06-cv-1957-DFL-GGH
20           Plaintiff,
21       v.
22  MERCK & CO., INC. and
    MCKESSON CORPORATION,
23
             Defendants.
24  _____/
25  ///
26  ///
27  ///
28  ///
```

The Court has received the Notice of Related Cases concerning the above-captioned cases filed. <u>See</u> Local Rule 83-123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

This Order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE